No. 80–1158.   FLORIDA v. RODRIQUEZ, 451 U. S. 1022. Respondent is requested to file a response to the petition for rehearing within 30 days.

No. 81–1889.   PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK v. MID-LOUISIANA GAS CO. ET AL.;

No. 81–1958.   ARIZONA ELECTRIC POWER COOPERATIVE, INC. v. MID-LOUISIANA GAS CO. ET AL.;

No. 81–2042.   MICHIGAN v. MID-LOUISIANA GAS CO. ET AL.; and

No. 82–19.   FEDERAL ENERGY REGULATORY COMMIS- SION v. MID-LOUISIANA GAS CO. ET AL.   C. A. 5th Cir. [Certiorari granted, 459 U. S. 820.]   Motion of Public Serv- ice Commission of New York for leave to file a supplemental brief after argument granted.

No. 81–2110.   UNITED BUILDING & CONSTRUCTION TRADES COUNCIL OF CAMDEN COUNTY AND VICINITY v. MAYOR AND COUNCIL OF THE CITY OF CAMDEN ET AL.   Sup. Ct. N. J.   [Probable jurisdiction noted, ante, p. 1021.]   Mo- tion of appellant to dispense with printing the joint appendix granted.

No. 81–2147.   ARIZONA ET AL. v. SAN CARLOS APACHE TRIBE OF ARIZONA ET AL.; ARIZONA ET AL. v. NAVAJO TRIBE OF INDIANS ET AL.; and

No. 81–2188.   MONTANA ET AL. v. NORTHERN CHEYENNE TRIBE OF THE NORTHERN CHEYENNE INDIAN RESERVA- TION ET AL.   C. A. 9th Cir.   [Certiorari granted, 459 U. S. 821.]   Motion of the Solicitor General for leave to file a sup- plemental brief after argument granted.   Motion of petition- ers in No. 81–2147 for leave to file a response to the supple- mental brief after argument granted.

No. 82–486.   UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, LOCAL 610, AFL–CIO, ET AL. v. SCOTT ET AL.   C. A. 5th Cir.   [Certiorari granted, 459 U. S. 1034.]   Motion of American Civil Liberties Union for leave to file a brief as amicus curiae granted.